UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOSEPH TAFT CELESTINE** | **CASE NO. 6:25-CV-00752** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **RICHARD A STANGER** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is the sua sponte REPORT AND RECOMMENDATION of Magistrate Judge David J. Ayo [Doc. 13], recommending dismissal of this suit for lack of subject matter jurisdiction. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, and DECREED that consistent with the REPORT AND RECOMMENDATION, the instant suit is DISMISSED without prejudice pursuant to Rules 12(b)(1) and (h)(3) of the Federal Rules of Civil Procedure. Considering the foregoing.

IT IS FURTHER ORDERED that Plaintiff's pending MOTION TO APPOINT COUNSEL [Doc. 12] is DENIED as MOOT.

THUS DONE AND SIGNED in Chambers on this 27th day of October, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE